

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Robert Chris Bennie,           * From the 35th District Court
of Brown County,
Trial Court No. CR28283.

Vs. No. 11-22-00338-CR           * November 9, 2023

The State of Texas,           * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Robert Chris Bennie's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.